Newman Leavy, Respondent and Appellant, v. Abraham Seide, Appellant and Respondent.— Judgment of the Municipal Court and order denying motion for new trial affirmed, with costs; appeal from order disallowing plaintiff's trial fee on first trial dismissed, with ten dollars costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Hilda McLaren, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order of the Municipal Court reversed and new trial ordered, costs to abide the event, unless plaintiff stipulate, within ten days after the entry of the order herein, to reduce the recovery to $471, in which case the judgment as so modified and order are unanimously affirmed, without costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Anthony M. Menkel, as Receiver of George W. Leroy, Appellant, v. Kate Mabel Leroy Wilson, Respondent, Impleaded with George W. Leroy, Defendant.— Judgment affirmed, with costs. No opinion. Burr, Carr, Woodward and Rich, JJ., concurred; Thomas, J., dissented.

Rebecca Purcell, as Administratrix, etc., of Sarah Heyman, Deceased, Late Administratrix, etc., of Jacob Heyman, Deceased, Respondent, v. The United States Grand Lodge, Independent Order Sons of Benjamin, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.